# EXHIBIT 4

## Scrivani, Stacey A.

**From:** Krissia Castro <castrok@adr.org>
**Sent:** Tuesday, January 31, 2012 2:45 PM
**To:** Scrivani, Stacey A.
**Subject:** FW: CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration


American Arbitration Association
*Dispute Resolution Services Worldwide*

**Krissia Castro**
**Customer Intake Specialist**
1101 Laurel Oak Road Suite 100
Voorhees, NJ 08043
Tel: 856 679 4609
Fax: 877 304 8457
E-mail: castrok@adr.org
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Krissia Castro
**Sent:** Tuesday, January 31, 2012 2:43 PM
**To:** 'sasco@stevenslee.com'; 'jwo@stevenslee.com'; 'David Hammer'; hwad50@aol.com
**Cc:** 'CBernhard@hfslawyers.com'
**Subject:** CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

Dear Parties.

This E-mail is to confirm in writing that the parties are in agreement to proceed under the Commercial Arbitration Rules of the American Arbitration Association for case #55-459-15-12, between CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC.

Please reply to this email with your consent.

Best,
Kriss

## Scrivani, Stacey A.

**From:** Wolfson, Joseph
**Sent:** Tuesday, January 31, 2012 2:49 PM
**To:** Scrivani, Stacey A.
**Subject:** Fw: CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

---

**From:** David Hammer <DHammer@hfslawyers.com>
**To:** Krissia Castro <castrok@adr.org>; sasco@stevenslee.com <sasco@stevenslee.com>; Wolfson, Joseph; hwad50@aol.com <hwad50@aol.com>
**Cc:** Christina Bernhard <CBernhard@hfslawyers.com>
**Sent:** Tue Jan 31 14:45:56 2012
**Subject:** RE: CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

Tina Mawing consents.

David Hammer

---

**From:** Krissia Castro [mailto:castrok@adr.org]
**Sent:** Tuesday, January 31, 2012 2:43 PM
**To:** sasco@stevenslee.com; jwo@stevenslee.com; David Hammer; hwad50@aol.com
**Cc:** Christina Bernhard
**Subject:** CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

Dear Parties.

This E-mail is to confirm in writing that the parties are in agreement to proceed under the Commercial Arbitration Rules of the American Arbitration Association for case #55-459-15-12, between CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC.

Please reply to this email with your consent.

Best,
Kriss



American Arbitration Association
*Dispute Resolution Services Worldwide*

**Krissia Castro**
**Customer Intake Specialist**
1101 Laurel Oak Road Suite 100
Voorhees, NJ 08043
Tel: 856 679 4609
Fax: 877 304 8457
E-mail: castrok@adr.org
www.adr.org

1

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

## Scrivani, Stacey A.

**From:** Scrivani, Stacey A.
**Sent:** Tuesday, January 31, 2012 3:11 PM
**To:** castrok@adr.org
**Cc:** Wolfson, Joseph; David Hammer (DHammer@hfslawyers.com); 'Harry P. Waddell Esquire (hwad50@aol.com)'; cbernard@hfslawyers.com; Scrivani, Stacey A.
**Subject:** FW: CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

Ms. Castro,
On behalf of PNGI Charles Town Gaming, LLC, we consent to proceed under the Commercial Arbitration Rules.

Please note my correct email address is sasc@stevenslee.com. Your below email had my address listed incorrectly.

Regards,

Stacey A. Scrivani
STEVENS & LEE, P.C.
111 North Sixth St.
P.O. Box 679
Reading, PA 19603
ph (610)478-2086
fax (610)988-0812

---

**From:** Krissia Castro <castrok@adr.org>
**To:** sasco@stevenslee.com <sasco@stevenslee.com>; Wolfson, Joseph; David Hammer <DHammer@hfslawyers.com>; hwad50@aol.com <hwad50@aol.com>
**Cc:** CBernhard@hfslawyers.com <CBernhard@hfslawyers.com>
**Sent:** Tue Jan 31 14:43:01 2012
**Subject:** CT Horsemen's Benevelolent Protective Association and PNGI Charles Town Gaming, LLC Arbitration

Dear Parties.

This E-mail is to confirm in writing that the parties are in agreement to proceed under the Commercial Arbitration Rules of the American Arbitration Association for case #55-459-15-12, between CT Horsemen's Benevolelent Protective Association and PNGI Charles Town Gaming, LLC.

Please reply to this email with your consent.

Best,
Kriss



American Arbitration Association
*Dispute Resolution Services Worldwide*

**Krissia Castro**
**Customer Intake Specialist**
1101 Laurel Oak Road Suite 100

1

Voorhees, NJ 08043
Tel: 856 679 4609
Fax: 877 304 8457
E-mail: castrok@adr.org
www.adr.org

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.