# EXHIBIT 5

## Scrivani, Stacey A.

| | |
|---|---|
| **From:** | AAA Barbara Cook <barbaracook@adr.org> |
| **Sent:** | Wednesday, September 25, 2013 7:06 PM |
| **To:** | 'David Hammer'; hwad50@aol.com; Wolfson, Joseph; Pennington, Nicholas; Scrivani, Stacey A. |
| **Subject:** | 55 196 Y 00015 12 Tina Mawing et al v PNGI: request by panel your response due by noon Thursday please |

Parties:

This wil advise you that the panel closed the case in this matter on September 1, 2013. **The panel at this time has requested an extension to issue the award on or before October 15.**

Can you please confrrm your agreement to this date in writing to me by **noon Thursday**.

Thanks
Barbara


**Barbara Cook, Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

4

## Scrivani, Stacey A.

**From:** David Hammer <DHammer@hfslawyers.com>
**Sent:** Wednesday, September 25, 2013 8:28 PM
**To:** AAA Barbara Cook
**Cc:** hwad50@aol.com; Wolfson, Joseph; Pennington, Nicholas; Scrivani, Stacey A.
**Subject:** Re: 55 196 Y 00015 12 Tina Mawing et al v PNGI: request by panel your response due by noon Thursday please

Barbara,

Ms. Mawing agrees to the Panel's request.

David Hammer

Sent from my iPad

On Sep 25, 2013, at 7:06 PM, "AAA Barbara Cook" <barbaracook@adr.org> wrote:

> Parties:
>
> This wil advise you that the panel closed the case in this matter on September 1, 2013. **The panel at this time has requested an extension to issue the award on or before October 15.**
>
> Can you please confrrm your agreement to this date in writing to me by **noon Thursday**.
>
> Thanks
> Barbara
>
> <imageb2681c.png@9f07f51f.97c8443c> **Barbara Cook, Manager of ADR Services**
> American Arbitration Association
> T:401 431 4774
> F:866 644 0234
> 950 Warren Ave.
> East Providence, RI 02914-1414
> www.adr.org
>
> Yvonne L. Baglini, Director
> Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

## Scrivani, Stacey A.

| | |
|---|---|
| **From:** | Scrivani, Stacey A. |
| **Sent:** | Wednesday, September 25, 2013 10:00 PM |
| **To:** | David Hammer; barbaracook@adr.org |
| **Cc:** | AAA Barbara Cook; hwad50@aol.com; Wolfson, Joseph; Pennington, Nicholas; Scrivani, Stacey A. |
| **Subject:** | Re: 55 196 Y 00015 12 Tina Mawing et al v PNGI: request by panel your response due by noon Thursday please |

On behalf of a Respondent, we agree to the extension.

Stacey A. Scrivani
Stevens & Lee, P.C.
111 N. Sixth St.
Reading, PA 19603
O: 610-478-2086
F: 610-988-0812

On Sep 25, 2013, at 2:27 PM, "David Hammer" <DHammer@hfslawyers.com> wrote:

> Barbara,
>
> Ms. Mawing agrees to the Panel's request.
>
> David Hammer
>
> Sent from my iPad
>
> On Sep 25, 2013, at 7:06 PM, "AAA Barbara Cook" <barbaracook@adr.org> wrote:
>
>> Parties:
>>
>> This wil advise you that the panel closed the case in this matter on September 1, 2013. **The panel at this time has requested an extension to issue the award on or before October 15.**
>>
>> Can you please confrrm your agreement to this date in writing to me by **noon Thursday**.
>>
>> Thanks
>> Barbara
>>
>> <imageb2681c.png@9f07f51f.97c8443c> **Barbara Cook, Manager of ADR Services**
>> American Arbitration Association
>> T:401 431 4774
>> F:866 644 0234
>> 950 Warren Ave.
>> East Providence, RI 02914-1414
>> www.adr.org
>>
>> Yvonne L. Baglini, Director
>> Northeast Case Management Center

1

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.