# EXHIBIT 8

## Hammer, Ferretti & Schiavoni

408 West King Street
Martinsburg, WV 25401
(304) 264-8505

Statement as of September 7, 2012
Statement No. 1425

Tina Mawing
483 Paula's Circle
Kearneysville, WV 25430

08-059: Tina Mawing et al. v. CTRS

| Professional Fees | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2012 | CB | To Finamore to get update on status of selection of Arbitrator and date choosen-left msg | 0.1000 | 90.00 | 9.00 |
| 7/31/2012 | DH | T/c with Allan Karlin, prospective arbitrator; advise client | 0.1000 | 300.00 | 30.00 |
| 9/4/2012 | DH | Respond to defense counsel's equitable argument on cost splitting | 0.1000 | 300.00 | 30.00 |
| | | | | Sub-total Fees: | 69.00 |

### Rate Summary

| | | | |
|---|---|---|---|
| Christina Bernhard | 0.1000 hours at $ | 90.00/hr | 9.00 |
| David M. Hammer | 0.2000 hours at $ | 300.00/hr | 60.00 |
| Total hours: | 0.3000 | | |

| Expenses | | Units | Price | Amount |
|---|---|---|---|---|
| 6/11/2012 | Fax of ltr to Fenimore regarding Arbitration selection and date | 1.0000 | 1.0000 | 1.00 |
| | Sub-total Expenses: | | | 1.00 |

| | |
|---|---|
| Total Current Billing: | 70.00 |
| Previous Balance Due: | 413.75 |
| Total Payments: | 0.00 |
| Total Now Due: | 483.75 |