# EXHIBIT 9

## Scrivani, Stacey A.

| | |
|---|---|
| **From:** | Al Karlin <ankcubs@aol.com> |
| **Sent:** | Thursday, May 30, 2013 9:31 PM |
| **To:** | Scrivani, Stacey A.; DHammer@hfslawyers.com; Pennington, Nicholas; CBernhard@hfslawyers.com; Wolfson, Joseph; hwad50@aol.com |
| **Cc:** | wwycoff@thorpreed.com; jtcarney10@comcast.net |
| **Subject:** | Mawing v. PNGI // AAA No: 55-196-Y-00015-12 |

Counsel:

During the oral argument, I raised a question about the relevance of W. Va. Code Section 61-5-27(c) to the issues in this case. Could the parties please provide a short memo indicating your position as to the relevance, if any, of W. Va. Code Sections 61-5-27(c) and 55-7-9 to Ms. Mawing's claim that she has a private right of action for retaliation under West Virginia law? We would like to receive the memos by 5:00 p.m. on Friday, May 31, 2013 so that we can expedite our decisions on the pending motions. If it is impossible to meet this short deadline, please let us know as quickly as possible.

Allan N. Karlin
Allan N. Karlin & Associates
174 Chancery Row
Morgantown, WV 26505
Phone:  304-296-8266
Fax:  304-296-8640
wvjustice.com

1