# EXHIBIT 10

**Statement of Allan N. Karlin**

10/12 – 10/13

**Mawing Arbitration**
**10/25/12 - 10/07/13**

**HOURS**

| Date | Description | Hours |
|---|---|---|
| 10/25/12 | Chose neutral arbitrator; confer with other arbitrator; email AAA | 0.3 |
| 12/03/12 | Prep for initial conf call with parties; scheduling plan | 0.5 |
| 12/19/12 | Review emails from arbitrators re scheduling | 0.1 |
| 01/02/13 | Review corres./issues re discovery | 0.2 |
| 01/03/13 | Pre-conf discussion with arbitrators; conf. with parties | 0.7 |
| 01/17/13 | Prep for hearing - disc. issues; hearing; arbitrator disc. aft. hearing | 1.0 |
| 01/18/13 | Review proposed order from chair and respond | 0.1 |
| 01/31/13 | Review emails from parties re witnesses | 0.1 |
| 03/12/13 | Review email re subpoenas | 0.1 |
| 03/14/13 | Review emails re subpoenas | 0.1 |
| 03/19/14 | Review request extension; email committee | 0.1 |
| 03/23/13 | Review request for deposition; emails with panel re response | 0.2 |
| 03/25/13 | Review emails re additional witness for PNGI | 0.1 |
| 03/26/13 | Respond emails re additional witness for PNGI | 0.1 |
| 03/27/13 | Review Hammer letter re witness | 0.1 |
| 03/29/13 | Review letters/emails re request for deposition | 0.2 |
| 04/01/13 | Prepare for conf. call re outstanding issues; review emails/letters | 0.3 |
| 04/01/13 | Conf call re issues (deposition/witness addition) | 0.2 |
| 04/02/13 | Edit First Discovery Order | 0.2 |
| 04/07/13 | Review letters and file re Respondents motion to add witness | 0.4 |
| 04/08/13 | Emails re panel conference call to discuss witness addition | 0.1 |
| 04/08/13 | Prepare for call; Conference call re witness addition | 0.3 |
| 04/09/13 | Review discovery order; email panel | 0.1 |
| 04/13/13 | Review emails and respond re pending motion | 0.2 |
| 04/18/13 | Review discovery motion, response and reply re decision on motion | 0.3 |
| 04/18/13 | Conference call/panel; discuss discovery motion and s.j. schedule | 0.5 |
| 04/20/13 | Review draft orders on discovery and scheduling; respond to chair | 0.2 |
| 05/14/13 | Research state action issues | 0.5 |
| 05/28/13 | Review Motions in Limine and exhibits; start review of SJ Response | 3.3 |
| 05/29/13 | Review email from respondent re late filing in limine response | 0.1 |
| 05/29/13 | Continue review of briefs and legal research re cases | 3.5 |
| 05/30/13 | Prep. for hearing; complete review of motions, consider questions | 0.5 |
| 05/30/13 | Hearing on limine and sj motions; phone with other arbitrators, research statute; email follow-up to parties requesting supp. memo | 2.9 |
| 05/31/13 | Review emails and some of the additional submissions by parties | 0.8 |
| 06/02/13 | Review and research issues; review memo from panel member | 0.6 |
| 06/03/13 | Continue review of facts/briefs/cases for conf. call with panel | 3.0 |
| 06/03/13 | Conference call with panel re pretrial decisions | 0.8 |
| 06/04/13 | Edit and comment on proposed decision re sj and limine motions; | 0.7 |
| 06/05/13 | Review email re new witness; email arb. panel | 0.2 |
| 06/10/13 | Review email and attachments from Mawing re 1st Amend. Claim | 0.0 |
| 06/10/13 | Hearing – 11:00-1:00; 2:00-5:05 | 5.1 |
| 06/11/13 | Hearing – 9:00-11:30; 12:30-3:45 | 5.8 |
| 06/11/13 | Begin review of depositions submitted for record | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 06/12/13 | Hearing -- 8:30-11:30; 12:30-3:30 | 6.0 |
| 06/12/13 | Research burdens of proof-discrimination | 0.4 |
| 06/13/13 | Continue research discrimination burdens of proof | 0.2 |
| 06/18/13 | Research re cases and theories | 0.4 |
| 06/18/13 | Conf call with panel | 0.6 |
| 08/04/13 | Review issues discussion in email from panel member | 0.2 |
| 09/04/13 | Review email re issues from panel member | 0.1 |
| 09/08/13 | Review post-hearing briefs | 2.0 |
| 09/09/13 | Review post-hearing briefs | 1.0 |
| 09/10/13 | Review post-hearing briefs and research legal issue | 2.0 |
| 09/11/13 | Review (continue) briefs; email panel member (and phone) re conf. call | 0.4 |
| 09/15/13 | Review briefs | 0.8 |
| 09/16/13 | Continue review of briefs and law; research atty fee issue | 1.6 |
| 09/17/13 | Complete rev. briefs; conf call arb panel re decision | 2.8 |
| 09/25/13 | Review and edit draft of decision | 2.2 |
| 09/27/13 | Review email and suggested edits from J. Carney; respond with email | 0.2 |
| 09/30/13 | Review emails re draft decision | 0.1 |
| 10/03/13 | Review draft; email panel members with comments | 0.3 |
| 10/07/13 | Edit decision | 1.7 |

Attorney hours   58.1

| 06/10/13 | Travel to Martinsburg for hearing | 2.7 |
| 06/12/13 | Travel to Morgantown after hearing | 2.7 |

Travel hours   5.4

Attorney hours @ $300/hour   $17,433.00

Travel hours @ $150/hour   $810.00

**COSTS**

| 06/10/13 to | Travel to and from Martinsburg, WV for Hearing (307 mi. @ $.565 per mile) | $173.45 |
| 06/10/13 to | Hotel | $262.08 |

Total amount due   $18,678.53