# EXHIBIT 13

# Scrivani, Stacey A.

| | |
|---|---|
| **From:** | AAA Barbara Cook <barbaracook@adr.org> |
| **Sent:** | Friday, December 06, 2013 3:36 PM |
| **To:** | Wolfson, Joseph; Scrivani, Stacey A. |
| **Subject:** | FW: 55 196 00015 12 Tina Mawing et al v PNGI : AAA Matter |
| **Attachments:** | Mawning v. PNGI (131203_3).pdf |

Counsel:

I am sending you the billing that we have just received for Mr. Wycoff's services.

I have sent these check requests to our finance department for prompt payment on your behalf.

Thanks

Barbara



**Barbara Cook, Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

```
AMERICAN ARBITRATION ASSOCIATION          11/13/13
FOUR GATEWAY CENTER                       002610.107869
SUITE 1939                                INVOICE   497208
PITTSBURGH, PA 15222                      1133
```

RE: MAWING, ET AL. VS. PNGI, ET AL.

PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 10/10/12 | Attention to selecting arbitrators.<br>WMW | 1.00 |
| 10/17/12 | Review arbitrators; telephone conference with A. Karlin.<br>WMW | .50 |
| 10/25/12 | Reviewing arbitrators; telephone conference with A. Karlin.<br>WMW | .70 |
| 01/03/13 | Review documents and telephone conference with arbitrators and counsel.<br>WMW | 1.50 |
| 01/17/13 | Telephone conference with arbitrators and parties; review of protective order and deposition issues.<br>WMW | 1.20 |
| 01/18/13 | Review draft order and emails.<br>WMW | .20 |
| 03/22/13 | Review correspondence from counsel for parties and objection to deposition.<br>WMW | .20 |
| 04/08/13 | Telephone call of arbitrators; review position letters of counsel and related documents.<br>WMW | .40 |

```
AMERICAN ARBITRATION ASSOCIATION              11/13/13           PAGE    2
FILE NUMBER: 002610.107869
INVOICE NO.:  497208

04/18/13 Reviewed emails and conference call with           .30
         arbitrators.
           WMW
                                                        ---------------

              TOTAL FEES FOR MATTER     002610.107869       $2,100.00

              TOTAL EXPENSES FOR MATTER 002610.107869           $0.00

              TOTAL THIS STATEMENT                          $2,100.00
                                                        ===============


              **PAYMENT DUE UPON RECEIPT**
```

```
AMERICAN ARBITRATION ASSOCIATION                  11/13/13           PAGE    3
FILE NUMBER: 002610.107869
INVOICE NO.:  497208



*-----------------------------TIME AND FEE SUMMARY----------------------*
*----------TIMEKEEPER---------*   RATE    HOURS            FEES
W M WYCOFF                      350.00     6.00         2100.00
                        TOTALS             6.00         2100.00
```

```
AMERICAN ARBITRATION ASSOCIATION          11/13/13
FOUR GATEWAY CENTER                       002610.107869
SUITE 1939                                INVOICE   497208
PITTSBURGH, PA 15222                      1133
```

RE: MAWING, ET AL. VS. PNGI, ET AL.

```
       TOTAL FEES THIS STATEMENT                $2,100.00

       TOTAL EXPENSES THIS STATEMENT                $0.00
                                              ------------
       TOTAL THIS STATEMENT                    $2,100.00
                                              ============
```

PLEASE INCLUDE OUR INVOICE NUMBER(S) ON YOUR CHECK

# CLARK HILL | THORP REED

American Arbitration Association          10/29/13
Four Gateway Center                       304740
Suite 1939                                INVOICE 513724
Pittsburgh, PA 15222                      1706

RE: Mawing, et al vs. Pngi, et al

PROFESSIONAL SERVICES

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 05/23/13 | Reviewing summary judgment motion.<br>WMW | 1.30 |
| 05/28/13 | Continue reviewing summary judgment motion, responses, reply; review exhibits.<br>WMW | 2.00 |
| 05/29/13 | Reviewing briefs and exhibits re summary judgment; outlining questions.<br>WMW | 2.00 |
| 05/30/13 | Reviewing Motions in Limine and responses thereto; prepare for argument; review and transmit arguments to arbitrators.<br>WMW | 4.50 |
| 06/03/13 | Review draft opinion, cites and telephone conference with arbitrators regarding opinion.<br>WMW | 1.50 |
| 06/04/13 | Review revised opinion; send comments to other arbitrators.<br>WMW | .30 |
| 06/10/13 | Travel (no charge)<br>WMW | 3.50 NO CHARGE |
| 06/10/13 | Attend hearing<br>WMW | 6.00 |

# CLARK HILL | THORP REED

American Arbitration Association                    Oct 29, 2013      PAGE         2
FILE NUMBER: 304740                                                 INVOICE   513724


```
06/11/13  Attend hearing.                                          7.00
          WMW

06/12/13  Attend hearing.                                          7.00
          WMW

06/13/13  Travel (no charge)                                       3.00 NO CHARGE
          WMW

06/19/13  Telephone conference with arbitrators.                    .80
          WMW

06/26/13  Review depositions.                                      1.80
          WMW
                                                                 ---------------

             TOTAL FEES FOR MATTER       304740               $11,970.00


                         ITEMIZED EXPENSES

       Business Meals William M. Wycoff                  121.76
       Travel and Related Expenses William M. Wycoff     573.09
                                                        ---------

          TOTAL EXPENSES FOR MATTER 304740                     $694.85


          TOTAL THIS STATEMENT                              $12,664.85
                                                        ===============


                   **PAYMENT DUE UPON RECEIPT**
```

# CLARK HILL | THORP REED

```
American Arbitration Association              Oct 29, 2013    PAGE        3
FILE NUMBER: 304740                                           INVOICE  513724




    *------------------------------TIME AND FEE SUMMARY----------------------*
    *----------TIMEKEEPER---------*    RATE   HOURS              FEES
    William M. Wycoff                 350.00   34.20          11970.00
                          TOTALS              34.20          11970.00
```

# CLARK HILL | THORP REED

One Oxford Centre
301 Grant Street
14th Floor
Pittsburgh, PA 15219
412.394.7711

American Arbitration Association               10/29/13
Four Gateway Center                            304740
Suite 1939                                     INVOICE 513724
Pittsburgh, PA 15222                           1706

---

RE: Mawing, et al vs. Pngi, et al

|  |  |
|---|---|
| TOTAL FEES THIS STATEMENT | $11,970.00 |
| TOTAL EXPENSES THIS STATEMENT | $694.85 |
| TOTAL THIS STATEMENT | $12,664.85 |

# CLARK HILL | THORP REED

American Arbitration Association                         Oct 29, 2013    PAGE          4
FILE NUMBER: 304740                                                      INVOICE   513724

## REMITTANCE

Please include this page with payment and include invoice number(s)

American Arbitration Association                         DATE:    10/29/13
Four Gateway Center                                      CLIENT:  72507
Suite 1939                                               MATTER:  304740
Pittsburgh, PA 15222                                     INVOICE: 513724
                                                         William M. Wycoff

Re:  Mawing, et al vs. Pngi, et al

| | |
|---|---|
| Total Fees | $ 11,970.00 |
| Total Expenses | $ 694.85 |
| Total Current Invoice | $ 12,664.85 |
| Other Outstanding Invoices | $ 0.00 |
| Total Balance Due | $ 12,664.85 |

Invoice payable upon receipt in U.S. Dollars

| PLEASE REMIT TO: | FOR WIRE REMITTANCES: |
|---|---|
| Clark Hill \| Thorp Reed<br>One Oxford Centre<br>301 Grant Street, 14th Floor<br>Pittsburgh, PA  15219-1425<br><br>Fed ID# 38-0425840 | Charter One Bank(RBS Citizens, NA)<br>1 Citizens Drive<br>Riverside, RI   02915<br>ABA# 241070417/Account# 4504282878<br>Account Name:  Clark Hill PLC<br>SWIFT CODE:  CTZIUS33 |

# Scrivani, Stacey A.

| | |
|---|---|
| **From:** | AAA Barbara Cook <barbaracook@adr.org> |
| **Sent:** | Tuesday, December 17, 2013 6:16 PM |
| **To:** | Scrivani, Stacey A. |
| **Subject:** | RE: 55 196 00015 12 Tina Mawing et al v PNGI : AAA Matter |

Ms. Scrivani:

You have all the billing I was provided for Mr. Wycoff. I will get you the other amounts for Wednesday.

Thanks
Barbara



**Barbara Cook, Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**From:** Scrivani, Stacey A. [mailto:SASC@stevenslee.com]
**Sent:** Monday, December 16, 2013 11:47 AM
**To:** AAA Barbara Cook; Wolfson, Joseph
**Cc:** Scrivani, Stacey A.
**Subject:** RE: 55 196 00015 12 Tina Mawing et al v PNGI : AAA Matter


Ms. Cook,
I'm following up on the below email.


**Stacey A. Scrivani | Stevens & Lee, P.C.**
111 North Sixth Street | P.O. Box 679 | Reading, PA 19603
Phone: (610) 478-2086 | Internal: ext 655 | Fax: (610) 988-0812 | E-mail: sasc@stevenslee.com


**From:** Scrivani, Stacey A.
**Sent:** Tuesday, December 10, 2013 11:28 AM
**To:** AAA Barbara Cook; Wolfson, Joseph
**Subject:** RE: 55 196 00015 12 Tina Mawing et al v PNGI : AAA Matter

Ms. Cook,

1

Thank you for these time records. Can you please confirm that these constitute all of the time records from Thorpe Reed for the services that Mr. Wycoff provided on this case up to the date of his death? Additionally, we are still waiting to receive the records for Mr. Carney and Mr. Karlin.

**Stacey A. Scrivani | Stevens & Lee, P.C.**
111 North Sixth Street | P.O. Box 679 | Reading, PA 19603
Phone: (610) 478-2086 | Internal: ext 655 | Fax: (610) 988-0812 | E-mail: sasc@stevenslee.com

---

**From:** AAA Barbara Cook [mailto:barbaracook@adr.org]
**Sent:** Friday, December 06, 2013 3:36 PM
**To:** Wolfson, Joseph; Scrivani, Stacey A.
**Subject:** FW: 55 196 00015 12 Tina Mawing et al v PNGI : AAA Matter

Counsel:

I am sending you the billing that we have just received for Mr. Wycoff's services.

I have sent these check requests to our finance department for prompt payment on your behalf.

Thanks

Barbara


**Barbara Cook, Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

This email may contain privileged and confidential information and is solely for the use of the sender's intended recipient(s). If you received this email in error, please notify the sender by reply email and delete all copies and attachments. Thank you.

## Scrivani, Stacey A.

| | |
|---|---|
| **From:** | AAA Barbara Cook <barbaracook@adr.org> |
| **Sent:** | Wednesday, December 18, 2013 4:21 PM |
| **To:** | David Hammer; hwad50@aol.com; Wolfson, Joseph; Scrivani, Stacey A. |
| **Subject:** | 55 196 15 12  Tina Mawing  v PNGI: neutral compensation for case to date |
| **Attachments:** | Claimant arb comp.pdf; Respondent arb comp.pdf |

Dear Parties:

Ms. Scrivani had asked to see the billing for the arbitrators for this matter. I have attached a neutral compensation for each party which shows all billing to date. Please note that Claimant is paying Mr. Karlin's share and Respondents paying Mr. Wycoff. I have talked to Mr. Wycoff's firm and this is the only billing they have at this time for the arbirator. I have asked Mr. Carney to also submit any outstanding billing he may have for this matter. I will keep you posted if any billing is submitted for Mr. Carney.

Thanks
Barbara



**Barbara Cook, Manager of ADR Services**
American Arbitration Association
T:401 431 4774
F:866 644 0234
950 Warren Ave.
East Providence, RI 02914-1414
www.adr.org

Yvonne L. Baglini, Director
Northeast Case Management Center

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

1

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

950 Warren Avenue
East Providence, RI 02914

**This is Not an Invoice**

## NEUTRAL COMPENSATION SUMMARY

| History of transactions thru 12/18/2013 | CASE# 55-196-Y-00015-12 02 | BALANCE $0.00 |
|---|---|---|
| NAME Stacey Scrivani<br>Stevens & Lee, PC<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | Representing PNGI Charles Town Gaming, LLC<br>Re: Tina Mawing and<br>CT Horsemen's Benevolent Protective Assoc. | |

### Arbitrator - James Carney

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Expense *** | | | | | |
| 06/07/2013 | hearing room expense for Holiday Inn WV | Fully Disbursed | 75.00 | 37.50 | 37.50 |
| 06/17/2013 | expensese for June 2013 | Fully Disbursed | 849.43 | 424.72 | 424.72 |
| | | Total for Expense | 924.43 | 462.22 | 462.22 |
| | | **Total for the Arbitrator** | **924.43** | **462.22** | **462.22** |

### Arbitrator - William Wycoff

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Compensation** | | | | | |
| 12/06/2013 | Invoices513724  $11,970 for May 2013 to June, In | Fully Disbursed | 14,070.00 | 14,070.00 | 14,070.00 |
| | | Total for Compensation | 14,070.00 | 14,070.00 | 14,070.00 |
| | | **Total for the Arbitrator** | **14,070.00** | **14,070.00** | **14,070.00** |

### Arbitrator - Allan Karlin

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Compensation** | | | | | |
| 12/03/2013 | October 2012 to October 2013 | Fully Disbursed | 18,243.00 | 0.00 | 0.00 |
| | | Total for Compensation | 18,243.00 | 0.00 | 0.00 |
| **Expense *** | | | | | |
| 12/03/2013 | expenses for June 2013 | Fully Disbursed | 435.53 | 0.00 | 0.00 |
| | | Total for Expense | 435.53 | 0.00 | 0.00 |
| | | **Total for the Arbitrator** | **18,678.53** | **0.00** | **0.00** |
| | | **Total for the case** | **33,672.96** | **14,532.22** | **14,532.22** |

| Compensation and Expense Balance (Your Portion minus Disbursements) | $0.00 |
|---|---|

\* The AAA reimburses a neutral's expenses in advance upon receipt of the neutral's request for reimbursement. Therefore, parties may still be responsible for expenses already paid to the neutral. Please refer to your most recent invoice or your Financial History for details of any outstanding balances.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

250 Warren Avenue
East Providence, RI 02914

**This is Not an Invoice**

## NEUTRAL COMPENSATION SUMMARY

| History of transactions thru 12/18/2013 | CASE# 55-196-Y-00015-12 01 | BALANCE $0.00 |
|---|---|---|
| NAME David M. Hammer<br>Hammer, Ferretti & Schiavoni<br>408 West King Street<br>Martinsburg WV 25401 | Representing Tina Mawing and<br>Re: PNGI Charles Town Gaming, LLC | |

### Arbitrator - James Carney

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Expense \*** | | | | | |
| 06/07/2013 | hearing room expense for Holiday Inn WV | Fully Disbursed | 75.00 | 37.50 | 37.50 |
| 06/17/2013 | expensese for June 2013 | Fully Disbursed | 849.43 | 424.71 | 424.71 |
| | | Total for Expense | 924.43 | 462.21 | 462.21 |
| | | **Total for the Arbitrator** | **924.43** | **462.21** | **462.21** |

### Arbitrator - William Wycoff

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Compensation** | | | | | |
| 12/06/2013 | Invoices513724  $11,970 for May 2013 to June , In | Fully Disbursed | 14,070.00 | 0.00 | 0.00 |
| | | Total for Compensation | 14,070.00 | 0.00 | 0.00 |
| | | **Total for the Arbitrator** | **14,070.00** | **0.00** | **0.00** |

### Arbitrator - Allan Karlin

| Date | Description | Status | Requested | Your portion | Disbursed |
|---|---|---|---|---|---|
| **Compensation** | | | | | |
| 12/03/2013 | October 2012 to October 2013 | Fully Disbursed | 18,243.00 | 18,243.00 | 18,243.00 |
| | | Total for Compensation | 18,243.00 | 18,243.00 | 18,243.00 |
| **Expense \*** | | | | | |
| 12/03/2013 | expenses for June 2013 | Fully Disbursed | 435.53 | 435.53 | 435.53 |
| | | Total for Expense | 435.53 | 435.53 | 435.53 |
| | | **Total for the Arbitrator** | **18,678.53** | **18,678.53** | **18,678.53** |
| | | **Total for the case** | **33,672.96** | **19,140.74** | **19,140.74** |
| | | **Compensation and Expense Balance (Your Portion minus Disbursements)** | | | **$0.00** |

\* The AAA reimburses a neutral's expenses in advance upon receipt of the neutral's request for reimbursement. Therefore, parties may still be responsible for expenses already paid to the neutral. Please refer to your most recent invoice or your Financial History for details of any outstanding balances.