**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| PNGI CHARLES TOWN GAMING, LLC, | : |
| | : |
| Petitioner | : |
| | : |
| v. | : Civil Action No. 3:14-cv-2 (Groh) |
| | : |
| TINA MAWING AND THE CHARLES TOWN HORSEMEN'S BENEVOLENT PROTECTIVE ASSOCIATION, | : |
| | : |
| Respondents | : |

**ORDER**

AND NOW, this ___ day of _____, 2014, upon consideration of Petitioner's Motion to Vacate Arbitration Award, and Respondents' Response thereto, if any, it is hereby ORDERED that the October 7, 2013 Partial Final Award entered in the matter of is VACATED. It is further ORDERED that the matter is remanded to the American Arbitration Association for the commencement of new arbitration hearing with a new three-person panel.

BY THE COURT

_____
GINA M. GROH
UNITED STATES DISTRICT JUDGE