Charles Town Racing Case

Hours

| | | | |
|---|---|---|---|
| | 2012 | | |
| 18-Nov | | 0.5 | review all documents in preparation for preliminary hearing |
| 3-Dec | | 0.5 | preliminary hearing |
| 10-Dec | | 0.9 | draft prehearing report and order, email to JF with list of topics to discuss at conference with the other aribitators |
| 19-Dec | | 0.5 | scheduling issues, review papers on discovery |
| | 2013 | | |
| 3-Jan | | 0.9 | preparation for prehearing conference and prehearing conference |
| 4-Jan | | 0.8 | draft of prehearing conference report and order. |
| 8-Jan | | 0.3 | emails getting approval of draft and sending to John Fenimore |
| 16-Jan | | 0.8 | review of the prior pretrial order, review and analysis of the Associaton's motion for a protective order. |
| 17-Jan | | 2.5 | review of further submittals by the parties, preparation for conference, conference, and draft third preliminary report and scheduling order |
| 18-Jan | | 0.5 | finalizing scheduling order and mailing |
| 13-Mar | | 0.4 | dealing with request to move deadlines |
| 22-Mar | | 0.6 | emails on request for additional deposition, do fourth scheduling order and send out |
| 23-Mar | | 0.3 | responses from the other arbitrators and issuance of order |
| 28-Mar | | 0.6 | emails on request for additional depositon, and emails on request to add witness to list of witnesses for tria. |
| 1-Apr | | 0.8 | email to BC re conference call, conference call, draft order, email to AK for review |
| 1-Apr | | 0.2 | send out final discovery order |
| 8-Apr | | 0.7 | arrange for conference call, conference call, draft order send out seocnd discovery order for review, second out mistaken email. |
| 13-Apr | | 0.25 | review letter from Respondents' attorney re discovery dispute, email to other arbitrators. |
| 16-Apr | | 1 | read msj, brief in support thereof and exhibits |
| 18-Apr | | 1.5 | conferenc with the panel re discovery issues and scheduling; draft discovery order and scheduling order and send out to review |
| 20-Apr | | 2 | receive comments from panel; change the discovery order, email to all |
| 3-May | | 0.2 | emails for CB and response thereo |
| 11-May | | 3 | review briefs in opposition of summary judgment do legal research, draft questions for oral argument email to the AAA |
| 12-May | | 0.25 | read email on request for schedule change, email to panel members |
| | | 0.5 | get response from panel members, draft email |

EXHIBIT 2A

| Date | Hours | Description |
|---|---|---|
| | | to BC and panel members |
| 15-May | 0.25 | emails on scheduling |
| 16-May | 0.7 | review motions in limine, read Allied case |
| | | email to the other arbitrators. |
| | | discussion with WW, email to BC |
| | | fubd billing estimate and email to WW |
| 29-May | 1.6 | review of track's response, emails to panel |
| | | and barbara cook, review of prior briefs |
| | | work on questions for parrties. |
| | | conversation with WW, review Mawings' |
| | | response to spoilation argument by Mawing |
| | | receive pbjection to late response on the |
| | | spoilation argument |
| 30-May | 3 | conference call on scheduling, motions in limine |
| | | and motion for sj plus follow up |
| 31-May | 1 | review series of emails with briefs and attachmdents |
| | 1.8 | draft decisions on pending matters |
| 3-Jun | 2.5 | research on cases in AC law library, conference call with |
| | | AK and WW, redraft draft decision, send out to WW and AK for furtl |
| 4-Jun | 0.5 | review comments from WW and AK, remove redlining from AK revi |
| | | check spelling and grammaer and send out. |
| 18-Jun | 0.5 | conference call with the panel |
| 25-Jun | 1 | reading depositions |
| 31-Jul | 1.25 | very quick read through of briefs  fs and proposed findignds |
| 1-Aug | 2.6 | quick draft of email to panel setting forth issues and tentative concl |
| | | draft is to serve as a basis for discussion and ultimately for the awar |
| | | review of each side's proposed findings of fact and conclusions of la |
| 2-Aug | 1.25 | further review of briefs and propsed findings |
| 3-Sep | 2.5 | review of reply briefs and email to AK and wW |
| 5-Sep | 0.25 | emails coordinarting conference call |
| 7-Sep | 1.2 | editing and revising draft award. |
| 19-Sep | 0.75 | conference call with other arbitrators |
| 22-Sep | 2.5 | finalize draft and send off for review |
| 26-Sep | 0.7 | review Allan's comments and do long email regarding the same. |
| 1-Oct | 1 | review Bill's comments and incorporate his and Bill's comment in |
| | | final draft which is sent out for final review and approval. |
| 4-Oct | 0.3 | emails from Allan and Bill and final changes to award. |
| 5-Oct | 0.4 | email from BC with award format, putting award on format |
| 7-Oct | 0.4 | getting revisions from AK, moving them to final award, sending fina |
| | | award to BC with copies of email to AK and WW |
| 7-Nov | 0.5 | emails back and forth with AK, review protests from the Track |
| 8-Nov | 0.8 | emails to and from AK and two telephone dis email from David Ham |
| | | with calcul email from D. Hammer re damage calculations and attor |
| 10-Nov | 1 | review AAA Commerical Rules and materials from AAA on arbitratic |
| | | long email to AK suggesting how we should proceed. |
| 2-Dec | 1 | post hearing conference and draft of post hearing order |
| 5-Dec | 0.3 | emails to and from AK |

| Date | Hours | Description |
|---|---|---|
| 16-Dec | 0.25 | conference call |
| 18-Dec | 0.5 | draft order, email to AK, email back from AK send to BC C after making change and email to AK |

52.8