## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| PNGI CHARLES TOWN GAMING, LLC, | : |
| Petitioner | : |
| v. | : Civil Action No. 3:14-cv-2 (Bailey) |
| TINA MAWING AND THE CHARLES TOWN HORSEMEN'S BENEVOLENT PROTECTIVE ASSOCIATION, | : |
| Respondents | : |

### NOTICE OF APPEAL

Notice is hereby given that PNGI Charles Town Gaming, LLC, Petitioner in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment order entered in this action on the 29th day of April, 2014 denying Petitioner's Motion to Vacate the Arbitration Award and Confirming Arbitration Award.

Dated: May 28, 2014

By: _____
Stacey A. Scrivani
W.V. No. 11593
Stevens & Lee, P.C.
111 North Sixth St.
Reading, PA 19603
Telephone: (610) 478-2086
Facsimile: (610) 988-0812

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

PNGI CHARLES TOWN GAMING, LLC,

    Petitioner

v.   Civil Action No. 3:14-cv-2 (Bailey)

TINA MAWING AND THE CHARLES
TOWN HORSEMEN'S BENEVOLENT
PROTECTIVE ASSOCIATION,

    Respondents

### CERTIFICATE OF SERVICE

I, STACEY A. SCRIVANI, ESQUIRE, certify that on this date, I served a true and correct copy of the foregoing Notice of Appeal as follows:

| | |
|---|---|
| Type of Service: | CM/ECF System |
| Date of Service: | May 28, 2014 |
| Persons served and address: | David M. Hammer<br>408 West King Street<br>Martinsburg, WV 25401 |
| | Harry P. Waddell, Esq.<br>300 West Martin Street<br>Martinsburg, WV 25401 |

*Stacey A. Scrivani* (signature)

Stacey A. Scrivani